# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 07-cr-00371

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JOHNITA TAYLOR,
2.  APRIL WATTS,
3.  ISAAC HEADMAN, and
4.  MONICA WILLIAMS,

      Defendants.

## ORDER

**Blackburn, J.**

The matter comes before the court on the **Motion By Government To Disclose Grand Jury Matter** [#37], filed September 20, 2007.  After careful review of the motion and the file, the court has concluded that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1.  That pursuant to Rule 6(e)(3)(E)(I) counsel for the government may disclose, at this time and preliminarily to any proceeding, any Grand Jury materials to include exhibits presented to the Grand Jurors and the transcript of the testimony of any witness appearing before the Grand Jury, to defense counsel of record in this case and under the following conditions:

    a) That copies of Grand Jury materials shall be used only in connection with this case.  There shall be no dissemination of the material by any defendant or by

any defense counsel, and defense counsel shall make only such copies as are necessary to prepare a defense in this criminal case;

      b) That the Grand Jury material shall be retained in the custody of the office of the attorney for any defendant receiving such material;

      c) That the Grand Jury material provided by the government shall be returned to the government at the conclusion of this case or pending further order of the court; and

      d) That disclosure of the Grand Jury matter is limited to the defendants, to counsel appearing for any defendant in this case, and to any expert witness retained by a defendant specifically for this case.  Each defense counsel shall maintain a record concerning how many copies of the Grand Jury matters were made and the date and to whom the material was disclosed.  At the time of delivery, defense counsel shall provde a copy of this order to any person receiving the disclosure of Grand Jury matters.

    Dated September 24, 2007, at Denver, Colorado.

                                   **BY THE COURT:**

                                   **s/ Robert E. Blackburn**
                                   **Robert E. Blackburn**
                                   **United States District Judge**