# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 07-cr-00371-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOHNITA TAYLOR, and
3. ISAAC HEADMAN,

    Defendants.

---

# MINUTE ORDER[1]

---

The matters before the court include:

1. **Defendant Johnita Taylor's Motion For Suppression Of Statements** [#85], filed March 13, 2008;

2. **Defendant Johnita Taylor's Motion To Suppress Evidence and Observations Obtained Pursuant To Unlawful Seizure And Warrantless Arrest** [#86], filed March 13, 2008;

3. Defendant Headman's **Motion To Suppress Evidence And Observations Obtained Pursuant To The Unlawful And Warrantless Arrest of Isaac Headman** [#88], filed March 14, 2008;

4. **Defendant Johnita Taylor's Motion To Suppress Evidence and Observations Obtained Pursuant To Warrantless Search And Subsequent Search Warrant Of Residence At 71 Northridge, Ignacio, Colorado** [#89], filed March 14, 2008; and

5. The **Government Motion To Conduct Hearing On Pretrial Motions In Durango** [#108], filed March 28, 2008.

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

Presently, the motions to suppress are set for hearing on August 8, 2008. *See* **Minute Order** [#94] entered March 17, 2008. However, at the hearing held on March 27, 2008, the court ordered, *inter alia*, that the suppression hearing be reset to a date sooner than August 8, 2008. *See* Minutes [#103] entered March 27, 2008. Accordingly, on April 1, 2008, the court conducted a telephone setting conference order to reset the suppression motions for a hearing. After conferring with counsel, and with their consent,

**IT IS ORDERED** as follows:

1. That the **Government Motion To Conduct Hearing On Pretrial Motions In Durango** [#108], filed March 28, 2008, is granted;

2. That on **June 2, 2008**, commencing at 9:00 a.m., the court shall conduct a hearing on the pending motions to suppress in the federal courtroom located at 103 Sheppard Drive, Durango, Colorado, reserving June 2, 2008, through June 4, 2008, for the suppression hearing, at which time and place counsel and the defendants shall appear without further notice, order, or subpoena;

3. That the United States Marshal shall secure the attendance of the defendants at the hearing; and

4. That this order supplants and supersedes the **Minute Order** [#94] entered March 17, 2008; thus, the suppression hearing set initially for August 8, 2008, is vacated.

Dated: April 1, 2008