**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 07-cr-00371-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. JOHNITA TAYLOR,
2. APRIL WATTS,
3. ISAAC HEADMAN, and
4. MONICA WILLIAMS,

     Defendants.

---

**ORDER DENYING GOVERNMENT'S
MOTION FOR RECONSIDERATION OF SENTENCING SCHEDULE**

---

**Blackburn, J.**

The matter before is the government's **Motion For Reconsideration of Sentencing Schedule** [#220] filed January 6, 2009. I deny the motion.

The government does not establish 1) that there has been an intervening change in controlling law; 2) that there is new evidence relevant to the court's order [#215]; or 3) that reconsideration is necessary to correct clear error or to prevent manifest injustice. *See*, *e.g.*, ***United States v. D'Armond***, 80 F.Supp.2d 1157, 1170 -1171 (D.Kan. 1999). Therefore, reconsideration is not warranted or required.

Dated January 8, 2009, at Denver, Colorado.

                                    **BY THE COURT:**

                                    **s/ Robert E. Blackburn**
                                    **Robert E. Blackburn
                                    United States District Judge**