**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No.  07-cr-00371-REB

UNITED STATES OF AMERICA,

       Plaintiff,

       v.

1.    JOHNITA TAYLOR,
2.    APRIL WATTS,
3.    ISAAC HEADMAN, and
4.    MONICA WILLIAMS

       Defendants.

_____

**ORDER GRANTING RETURN OF PROPERTY**
_____

      This matter is before the Court on the **Motion by Government To Return Property** [#247] filed on January 26, 2009, at the request of the rightful owners of property who are aggrieved by its deprivation, for the return of a 2007 black Chrysler with VIN # 2C3KA43R37H603123 and a wallet that was seized on August 23, 2007 from 71 Northridge, Ignacio, Colorado.  There being no objection from any defendant,

      it is Ordered that the **Motion by Government To Return Property** [#247] filed on January 26, 2009, is granted; and that the vehicle shall be returned to its registered owner, Barbara Santistevan; and the wallet shall be returned to Clifton Greany as a representative of the estate of his son, Clifton Joseph Greany.

      Dated January 26, 2009, at Denver, Colorado.

                     By the Court

                     *Rob Blackburn*

                     Robert E. Blackburn
                     United States District Judge